UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-61716-CIV-Lenard/Garber

MARVIN CARTER,

    Plaintiff,

v.

EMILIO RUIZ, Sheriff's Deputy,
in his individual and official
capacity,

    Defendant.
_____/

## ORDER

THE COURT has received plaintiff's Reply to Defendant Responses to Plaintiff's Second Request for Production of Documents [DE 69]. The Court considers said Reply to be a Motion to Compel Production. Accordingly, it is hereby

ORDERED that the defendants shall file their response to said Motion to Compel Production on or before December 10th, 2009.

DONE AND ORDERED in Chambers at Miami, Florida this 30th day of November, 2009.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE