UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-61716-CIV-Garber

MARVIN CARTER,

    Plaintiff,

v.

EMILIO RUIZ, Deputy Sheriffs
in their individual and official
capacities,

    Defendants.
_____/

## **ORDER**

THIS CAUSE is before the Court on the Plaintiff's Reply to Defendant Responses to Plaintiff's Second Request for Production of Documents [DE 69], which the Court construed as a motion. The Defendant was required to file its Response to the Motion by December 10, 2010. [See DE 70]. No Response in Opposition was filed. Pursuant to Local Rule 7.1(C), failure to respond may be "sufficient cause for granting the motion by default." Accordingly, the Court hereby

ORDERS that Plaintiffs' Motion is GRANTED in part and DENIED in part. The Defendant shall file supplemental responses, if it has not already done so, within seven (7) days from this Order. Plaintiff's request for sanctions is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida this 8th day of January, 2010.

*/s/ Barry L. Garber*
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE